IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MAURICE WHISBY, | : |
| Petitioner. | : |
| VS. | : |
| Warden RICK JACOBS, | :   NO. 5:13-CV-280 (MTT) |
| Respondent. | : |
| | :   **O R D E R** |

Petitioner **MAURICE WHISBY**, a prisoner at Hays State Prison ("HSP"), filed a state habeas corpus petition in this Court. Petitioner now moves, before service, for voluntary dismissal of this action because he inadvertently mailed his petition to the wrong court, sending it to the United States District Court for the Middle District of Georgia rather than to the Superior Court of Chattooga County (Doc. 7).

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a petitioner may voluntarily his action "before the opposing party serves either an answer or a motion for summary judgment[.]" Respondent has not yet served an answer or a motion for summary judgment. Accordingly, Petitioner's motion to dismiss is hereby **GRANTED** and the above-captioned action is deemed **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 6th day of September, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr